# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. O'DONNELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHASE BANK USA NA, JPMORGAN CHASE & CO., CHASE BANKCARD SERVICES, INC., CMC HOLDING DELAWARE, INC., and J.P. EQUITY HOLDING, INC., <br><br> Defendants. | Case No. EDCV 14-2074 JGB (KKx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' First Amended Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered. The Clerk is directed to close the case.

Dated: July 14, 2015

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge